| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
January 15, 2021
Nathan Ochsner, Clerk

| | |
|---|---|
| Ali Abdullah Mayberry,<br>  Petitioner, § § § | |
| v. § § § | Civil Action H-20-761 |
| Bobby Lumpkin,<br>Director, Texas Department of<br>Criminal Justice, Correctional<br>Institutions Division,<br>  Respondent. § § § § § | |

# Order of Adoption

On December 18, 2020, Magistrate Judge Peter Bray recommended that the court deny Ali Abdullah Mayberry's petition for writ of habeas corpus as time barred. (27) Mayberry filed objections. (28) The court denies Mayberry's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on January 14, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge